UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Commonwealth of Massachusetts ex rel. Brandon Michael Hayes,**
President of the Natural Law Institute, *pro se*, Plaintiff:

v.

**City of Boston; Mayor Michelle Wu; Attorney General Andrea Joy Campbell; Boston City Council,**
Defendants (Official Capacity Only).

**QUO WARRANTO PETITION AND CIVIL RIGHTS ACTION**

## I. JURISDICTION, VENUE, AND STANDING

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States, including 42 U.S.C. §§ 1983, 1985, and 1986.

2. Supplemental jurisdiction exists under 28 U.S.C. § 1367 for related state-law claims, including M.G.L. c. 66 and c. 249 § 9 (quo warranto).

3. Venue is proper in this District under 28 U.S.C. § 1391(b), as all Defendants reside in Massachusetts and the acts complained of occurred within this District.

4. Plaintiff is a Massachusetts resident, President of the Natural Law Institute, and a harmed litigant in pending federal litigation (Hayes v. Eastern Bank, 1:25-cv-12208-WGY). He has served hundreds of lawful notices and records requests upon Defendants concerning transparency, judicial corruption, and municipal securities disclosures. All were obstructed.

5. Plaintiff brings this action in his personal capacity as a harmed citizen and in the public interest under the writ of **quo warranto**, M.G.L. c. 249 § 9, demanding that Defendants justify by what warrant they continue in office while refusing to perform lawful duties.

## II. PARTIES

- **Plaintiff:** Brandon Michael Hayes, resident of West Newbury, Essex County, Massachusetts. Acting *pro se*, both personally and as President of the Natural Law Institute.

- **Defendants:**

    o **City of Boston,** a municipal corporation with statutory duties of transparency, accountability, and compliance with state and federal law.

    o **Mayor Michelle Wu,** in her official capacity, for continued exercise of office despite documented refusal to respond to lawful notice or fulfill statutory duties.

    o **Andrea Joy Campbell,** Attorney General of Massachusetts, in her official capacity, for knowingly failing to act upon credible evidence of violations, contrary to M.G.L. c. 12 and 42 U.S.C. § 1986.

    o **Boston City Council,** in their collective official capacity, for failure of oversight and abandonment of fiduciary duties.

## III. PROCEDURAL SAFEGUARDS

Plaintiff incorporates and preserves, by separate Protective Motion for Judicial Notice filed concurrently herewith, his asserted procedural safeguards under federal and state law. These include venue integrity, CM/ECF access, and continuity of standing. Plaintiff restates these safeguards here for context, while directing the Court to the Motion for Judicial Notice for adjudicative preservation and appellate clarity.

## IV. STATEMENT OF FACTS

1. **RECORDS REQUESTS AND OBSTRUCTION:** Between August and September 2025, Plaintiff submitted records requests concerning (a) internal municipal litigation correspondence, (b) the Boston 2025A General Obligation Bond Series, and (c) testimony from the September 4th "Mass & Cass" hearing. All were unlawfully delayed, denied, or blocked from appeal.

2. **PROOF OF CONSTRUCTIVE KNOWLEDGE:** Forensic read-logs confirm Defendants received and reviewed requests and notices, including STOP-gap covers and SEC escalation notices. Despite actual knowledge, they refused lawful production.

3. **SUPPRESSED RECORDS MATERIAL TO LITIGATION:** Over 2,500 responsive records relate directly to Plaintiff's federal litigation (1:25-cv-12208-WGY), establishing knowledge of concealment and collusion.

4. **FINANCIAL DISCLOSURE FAILURES:** City Auditor McGavin and AG Campbell failed to disclose litigation risk tied to the 2025A Bond Series, violating fiduciary duties and SEC disclosure protocols.

5. **PUBLIC HARM:** Defendants' abandonment of duty harms all Massachusetts taxpayers and bondholders through concealment of municipal risk and obstruction of lawful oversight.

## V. PREDICATE VIOLATIONS FOR DOJ AND SEC REFERRAL

As set forth more fully in the Protective Motion for Judicial Notice, Defendants' conduct also constitutes predicate violations of federal and state law, including but not limited to securities disclosure failures under SEC Rule 15c2-12 and fiduciary breaches under Massachusetts law. Plaintiff does not assert a private right of action under these statutes but pleads them for notice, scienter, and referral. This Court may take judicial notice of these violations, as requested in the concurrently filed Motion.

## VI. CLAIMS AND CAUSES OF ACTION

### COUNT I – QUO WARRANTO (M.G.L. C. 249 § 9)
Defendants exercise office while refusing statutory duties. They must justify by what warrant they retain authority.

### COUNT II – CONSTRUCTIVE DENIAL OF RIGHTS (42 U.S.C. § 1983; M.G.L. C. 66)
Defendants' obstruction of lawful records requests constitutes denial of due process and transparency rights.

### COUNT III – CIVIL CONSPIRACY AGAINST RIGHTS (42 U.S.C. § 1985)
Defendants conspired by coordinated silence and suppression to obstruct Plaintiff's litigation and public rights.

## COUNT IV – FAILURE TO PREVENT HARM (42 U.S.C. § 1986)

AG Campbell and City Council, despite knowledge of violations, failed to act to prevent further harm.

## COUNT V – DUE PROCESS AND TRANSPARENCY FRAUD (FIFTH & FOURTEENTH AMENDMENTS; M.G.L. C. 66)

Through false denials and suppression, Defendants violated constitutional and statutory guarantees of transparency and access.

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all claims and issues so triable as a matter of right under Rule 38(b) of the Federal Rules of Civil Procedure.

## VIII. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

1. Convene a **QUO WARRANTO HEARING** requiring Defendants to justify their continued exercise of office.

2. Declare Defendants' denials and delays of records requests unlawful.

3. Enjoin Defendants to produce all responsive records without prepayment or obstruction.

4. Award damages for civil rights violations under 42 U.S.C. §§ 1983 and 1985.

5. Refer violations to the SEC OIG, DOJ Civil Rights Division, and Massachusetts Supervisor of Records.

6. Award costs and fees under 42 U.S.C. § 1988.

7. Grant such further relief as the Court deems proper.

## IX. EXHIBITS

**QW EXHIBIT A – Forensic Read-Log Summary**
(Read-confirmed delivery, opens, and forwards across City offices; establishes actual knowledge and awareness.)

**QW EXHIBIT B – Public Records Request Chain**
(Complete requests, responses, and denials under M.G.L. c. 66; documents statutory violations.)

**QW EXHIBIT C – SEC Rule 15c2-12 Violation Summary (Bond Series 2025A)**
(Details disclosure failures in Boston's 2025A Bond Series, including concealment of litigation risk, 2,500+ withheld records, and regulatory correspondence with SEC/MSRB officials documenting awareness and omission.)

**QW EXHIBIT D – The Auditor's Abyss**
(Details suppression of disclosure obligations and fiduciary abandonment tied to the 2025A Bond Series.)

**QW EXHIBIT E – DOJ–SEC Joint Referral**
(Referral packet showing cross-agency notice, establishing oversight abandonment and federal triggers.)

**QW EXHIBIT F – Federal Litigation Docket Snapshots (JEK–WGY)**
(Connects suppressed records to pending federal litigation; shows retaliation nexus.)

**QW EXHIBIT G – Explainer: The Breach of Service and the Measure of Fitness**
(Frames dereliction as disqualification; integrates read-log evidence with oath-of-office standards.)

**QW EXHIBIT H – No Term Two for Wu**
(Formal forensic record of Mayor Wu's constructive abandonment, knowledge, and disqualification from office.)

**QW EXHIBIT I – Proposed Order**
(Draft Final Judgment and Order of Ouster, Disqualification, and Related Relief; frames judicial remedies including removal from office, ballot disqualification, mandatory record production, and referrals to state and federal oversight bodies.)

---

**Filed: October 1, 2025**
By: Brandon Michael Hayes, *pro se*
President, Natural Law Institute