

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

**Commonwealth ex rel. Brandon Michael Hayes, Plaintiff**

v.

**Attorney General Andrea Joy Campbell; et al., Defendants.**
Civil Action No. 1:25-cv-12881-ADB

---

# MOTION TO DISQUALIFY COUNSEL FOR INSTITUTIONAL CONFLICT OF INTEREST

and

# JUDICIAL SYNTHESIS OF RECORD FILINGS

*In Support of Motion to Disqualify Katherine Fahey and to Deny Further Extensions*

---

## I. PURPOSE OF SUBMISSION

Relator respectfully moves to disqualify Assistant Attorney General Katherine M. Fahey from representing Attorney General Andrea Joy Campbell and the Attorney General's Office ("AGO") in this matter, and submits this memorandum consolidating record evidence that the AGO is structurally incapable of appearing as both plaintiff and defendant in overlapping federal actions.

The record—documented in **Exhibit O (Ongoing Operational Overreach and Outreach)**—shows a recurring, non-waivable institutional conflict under *Mass. R. Prof. Conduct* 1.7(a) and 1.11(d), and 28 U.S.C. § 455(b)(3), compounded by the AGO's dual representation of the Commonwealth in matters directly adverse to itself and to the Relator herein.

---

## II. FACTUAL AND PROCEDURAL BACKGROUND

The AGO is charged under *M.G.L. c. 12, §§ 3 and 3A* with representing the Commonwealth. When the Attorney General herself is a named defendant, simultaneous representation of both the Commonwealth and its own head produces an inherent, non-waivable conflict.

1

Assistant Attorney General Fahey presently appears for the AGO and Attorney General Campbell here while also representing the Commonwealth as plaintiff or counsel of record in multiple concurrent federal actions—including education-policy and civil-rights cases—where the AGO advocates legal positions inconsistent with those advanced in this case.

Because the AGO's institutional interests diverge from the personal or official defense of the Attorney General, independent representation is required to preserve impartial justice and public confidence in these proceedings. Relator seeks corrective action to ensure conflict-free counsel appears on behalf of each defendant. No personal allegations are made against Ms. Fahey or AGO staff.

### III. REFERENCE TO EXHIBIT O — CONFLICT EVIDENCE AND RELATED FILINGS

All evidentiary documentation and cross-referenced filings previously itemized in draft indices are now consolidated in **Exhibit O**. That exhibit contains:

1. Verified and Corrected Table of Concurrent Appearances of A.G. Campbell and A.A.G. Fahey (nine active matters, six advanced in 2025);

2. Email correspondence from A.A.G. Fahey regarding extension requests; and

3. Five Lawful Public-Interest Submissions entered or tendered to their respective federal dockets (*Carbin, Caron, Parent, Caceres,* and *State of New York v. McMahon*).

Exhibit O is incorporated by reference as if fully stated herein to ensure a single, consistent factual record.

### IV. PATTERN AND LEGAL CONSEQUENCE

The Commonwealth, acting through its Attorney General, cannot simultaneously serve as litigant and counsel in matters sharing factual predicates or institutional accountability. Such conduct compromises due process, violates the duty of loyalty, and erodes public trust. Because the conflict is structural, it is **non-waivable**. Any motion, response, or extension filed by conflicted counsel is tainted by divided loyalty and lacks "good cause" under Fed. R. Civ. P. 6(b).

### V. RELIEF REQUESTED

Relator respectfully requests that this Honorable Court:

1. **Disqualify** Assistant Attorney General Katherine M. Fahey and any subordinate AGO counsel from representing Attorney General Andrea Joy Campbell or the AGO in this matter, pursuant to 28 U.S.C. § 455(b)(3) and *Mass. R. Prof. Conduct* 1.7 and 1.11(d);

2. **Deny** any extension, continuance, or motion originating from conflicted counsel for lack of good cause;

3. **Direct** the Attorney General or appropriate supervisory authority to secure independent, conflict-free representation for the affected defendants; and

4. **Preserve** Exhibit O and all referenced materials as part of the judicial record to maintain appellate integrity and public transparency.

---

## VI. VERIFICATION

I, **Brandon Michael Hayes**, verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

---

**Respectfully submitted,**
/s/ Brandon Michael Hayes
**Brandon Michael Hayes** (Pro Se Relator)
President, Natural Law Institute
159 Indian Hill St. | West Newbury, MA 01985
brandon@hayeshaus.com | (617) 438-2049
Date: Nov. 3, 2025